IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| WILLIAM CAMBLIN, | ) | 2:07-cr-064-GEB |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-cr-111-MCE |
| v. | ) | |
| | ) | RELATED CASE ORDER |
| NICHOLAS L. CAMBLIN, JR., | ) | |
| Defendant. | ) | |

Based on the government's representations that "the above-captioned cases are related as defined by Local Rule 83-123(a)(3)"; that they "involve the same underlying investigation"; that "[t]he accusations in each case involve the receipt of untaxed income from Camblin Steel," a company that each of the above-named Defendants half own; and that "[i]t is likely that both actions will involve similar questions of fact and the same question of law," the action denominated 2:07-cr-111-MCE is reassigned to Judge Garland E. Burrell,

1

Jr., for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other judge's initials.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

The Clerk of the Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  March 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2