MALCOLM S. SEGAL - 075481
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
NICHOLAS L. CAMBLIN, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NICHOLAS L. CAMBLIN, JR.,<br><br>    Defendant.<br>_____/ | CASE NO. 2:07-111 GEB<br><br>**STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF STATUS CONFERENCE RE CHANGE OF PLEA**<br><br>_____<br><br>Date:   May 4, 2007<br>Time:  9:00 a.m.<br>Dept.:  Courtroom Of Hon.<br>           Garland E. Burrell |

Defendant NICHOLAS L. CAMBLIN, JR., through his counsel of record, Malcolm S. Segal, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew D. Segal, agree and stipulate that the Status Conference set for May 4, 2007, at 9:00 a.m. for change of plea, may be continued to May 18, 2007, at 9:00 a.m. in order to permit the parties to prepare the case for further proceedings and to prepare to meet the requirements set forth in the plea agreement filed on March 30, 2007.

This case, which arises from a lengthy criminal tax investigation, is complex within the meaning of the Speedy Trial Act due to the volume of discovery, and complexity of the legal and factual issues arising from this case . Accordingly, the time between the scheduled court appearance on May 4, 2007, and the status

1

conference on May 18, 2007, should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and counsels' need to prepare the case for further proceedings. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: May 3, 2007        **SEGAL & KIRBY**

By:  /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant
NICHOLAS L. CAMBLIN, JR.

Dated: May 3, 2007

By:  /s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant United States Attorney

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** that the Status Conference previously set for May 4, 2007, is continued to May 18, 2007, at 9:00 a.m.

Dated: May 4, 2007

GARLAND E. BURRELL, JR.
United States District Judge