UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                            RE:   Nicholas L. CAMBLIN, Jr.
                                   Docket Number:   2:07CR00111-01
                                   **PERMISSION TO TRAVEL**
                                   **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Harrogate, England.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 7, 2007, Nicholas L. Camblin, Jr. was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**  1 year and 1 day custody Bureau of Prisons; 12 months Supervised Release; $363,167 restitution; $40,000 fine; $100 special assessment.  Special Conditions: Financial disclosure; Cooperate with the IRS.  All financial obligations are paid in full and he has submitted all tax returns.

**Dates and Mode of Travel:**  Leaving November 3, 2008, and returning November 20, 2008.  He would be traveling by airplane.

**Purpose:**  Leisure vacation with friends.

**RE:**  Nicholas L. CAMBLIN, Jr.
  Docket Number:  2:07CR00111-01
  <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

                                Respectfully Submitted,

                                /s/ Shari R. Simon

                            **SHARI R. SIMON**
                            United States Probation Officer

**DATED:**  October 1, 2008
  Roseville, California
  srs:cd

**REVIEWED BY:**      /s/ Richard A. Ertola
  **RICHARD A. ERTOLA**
  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   X                              Disapproved  _____

Dated:  October 2, 2008

                                GARLAND E. BURRELL, JR.
                                United States District Judge